IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01982-CMA-MJW

JERRY LEWIS DEDRICK,

Petitioner,

v.

J. M. WILNER, Warden,

Respondent.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the petitioner's motion for entry of default (Docket No. 22) is denied.  Respondent timely filed a Response to Order to Show Cause on November 13, 2009 (Docket No. 21).

November 24, 2009