IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-01982-CMA-MJW

JERRY LEWIS DEDRICK,

Petitioner,

v.

J. M. WILNER, Warden,

Respondent.

---
MINUTE ORDER
---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that substantially for the reasons stated in the motion, the Respondent's Motion for Protective Order (Docket No. 26) is granted.  Respondent need not respond to the discovery propounded by the petitioner.  Petitioner did not seek leave of court prior to serving such discovery, nor has he established the requisite good cause.  See Rules 6(a) and (b), Rules Governing Section 2254 Cases in the United States District Court.

Date: December 28, 2009